904 F.2d 694
 Foley (John B.), Truax (John), Dellheim (Shirley), Joseph
Lieb Trust, Bonomo (Victor), LIeb (Mary), Burd (Miles),
Truax Oil, Inc., Hyndman (William), Gilbert (Richard), Munro
(D. Raney), Johnson (Floyd), Holman- Leary Trust, McLagan
(Wilalrd), Rosenbluth (Harvey, Bernice), Lieb (Nathaniel),
Estate of Lieb (Mary), Dellheim (Shirley Lieb), Rosenbluth
(Bernice Lieb),
v.
Juron Associates, Sanderhoff (Gerald), Frodo, Inc.,
Commonwealth Construction & Development Co., Sigma
 NO. 90-1266
 United States Court of Appeals,
Third Circuit.
 MAY 09, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 VACATED.